AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
One USPS Priority Mail Express parcel bearing )
USPS tracking number 9505 5132 9728 3136 6650 11 )
)

Case No. **23mr1040**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

located in the _____ District of ___New Mexico___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. 846 | Conspiracy |

The application is based on these facts:
See the attached affidavit of U.S. Postal Inspector Corina Castro, which is incorporated by reference and has been reviewed and approved by (S)AUSA Elaine Ramirez.

☑ Continued on the attached sheet.

☑ Delayed notice of __90__ days *(give exact ending date if more than 30 days:* __8/16/2023__ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Corina Castro, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephonically sworn and electronically submitted__ *(specify reliable electronic means)*.

Date: May 19, 2023

*Judge's signature*

City and state: Albuquerque, NM

Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE USPS PRIORITY MAIL EXPRESS PARCEL BEARING USPS TRACKING NUMBER 9505 5132 9728 3136 6650 11 | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Corina Castro, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a United States Postal Inspector and have been so employed since November 2019. I am assigned to the Phoenix Division, Albuquerque Domicile, Albuquerque, NM. One of my responsibilities is to investigate violent crimes involving United States Postal Service (USPS) employees. I have been trained to work on numerous federal criminal investigations. Prior to my appointment as a U.S. Postal Inspector, I served as a Criminal Investigator with the United States Marshals Service in San Antonio, Texas, for twelve (12) years. I hold a Bachelor's Degree in Criminal Justice from The University of Texas at El Paso.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

1

3.      This affidavit is made in support of an application for a search warrant for one United States Postal Service ("USPS") Priority Mail parcel (hereafter, referred to as the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is believed to contain controlled substances and/or proceeds from the sale of controlled substances.

4.      The **SUBJECT PARCEL** is further described as follows: One USPS Priority Mail parcel bearing USPS tracking number 9505 5132 9728 3136 6650 11, addressed to "A. Lewis, 2262 Ben Ln., Santa Fe, NM 87507" with a return address of "Jaime Stahs, 3519 W. Wilton St., Long Beach, CA 90809." The **SUBJECT PARCEL** is a USPS Priority Mail flat rate box, measuring approximately 13.6875 inches by 12 inches by 2.875 inches, weighing approximately 3 pounds and 7 ounces, postmarked May 16, 2023, and bearing $15.80 in postage.

## BACKGROUND

5.      From my training and experience, as well as the training and experience of other Postal Inspectors, I am aware the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6.      Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh

2

less than eight ounces. In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two- to three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Based on my training and experience regarding Priority Mail operations, I am aware the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. I also know that, similar to Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of California is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from California via USPS, and proceeds from the sale of controlled substances are frequently returned to California via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

   a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual, rather than from one business to another business, which are the entities that more commonly use Express Mail or Priority Mail;

   b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

   c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and/or

   d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

**RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL**

12. On May 16, 2023, I was notified of a suspicious parcel (the **SUBJECT PARCEL**) destined for Santa Fe, New Mexico from Long Beach, California. From my training and

experience, as well as the training and experience of other Postal Inspectors, I know Long Beach, California, is a source city for methamphetamine, heroin, and fentanyl. On May 18, 2023, I intercepted the **SUBJECT PARCEL** from the USPS mail stream at the Automating Sorting Facility (ASF), 7601 Bluewater Rd., NW, Albuquerque, NM 87121.

13.     Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. First, the **SUBJECT PARCEL** bore handwritten address information and was addressed from one individual to another individual. Second, the **SUBJECT PARCEL** was mailed to an address in the state of New Mexico from an address in the state of California. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of California is frequently a source location for controlled substances that are mailed to the State of New Mexico, and that proceeds from the sale of controlled substances are frequently returned to California from New Mexico via USPS.

14.     I conducted a database query regarding the names and addresses appearing on the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting ("CLEAR"), a law enforcement database accessible to me.

15.     Through the CLEAR database query, I learned that the delivery address for the **SUBJECT PARCEL** — 2262 Ben Ln., Santa Fe, NM 87507 — was an existing, deliverable address; and a "Andre Lewis" does associate with the delivery address. The same database query revealed the return address for the **SUBJECT PARCEL** — 3519 E. Wilton St., Long Beach, CA 90804 — was an existing, deliverable address; however, a "Jamie Stahs" did not associate with the return address.

16.     From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated with an address and/or fictitious names and addresses to evade detection by law enforcement.

## NARCOTICS CANINE ALERT ON SUBJECT PARCEL

17.     On May 18, 2023, the **SUBJECT PARCEL** was inspected by Bernalillo County Sheriff's Office (BCSO) Deputy David Booth and his canine partner "Clooney" at the HSI Office, 5441 Watson Dr. SE, Albuquerque, NM 87105. The **SUBJECT PARCEL** was separated and individually inspected by Deputy Booth's canine partner "Clooney." Clooney is trained to detect and alert to the presence of the odors of illegal drugs, including cocaine, heroin, and methamphetamine.

18.     Deputy Booth advised that "Clooney" alerted to the **SUBJECT PARCEL,** as "Clooney" is trained to do in detecting of the odor of illegal narcotics. "Clooney" alerted at approximately 1:40 PM.

## CONCLUSION

19.     Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

20.     I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize delay of notice of this warrant for a period not to exceed 90 days from the date that the order is entered. Agents have only recently begun this investigation and anticipate it will remain ongoing for at least several more months. I believe, as detailed above, the sender of the **SUBJECT PARCEL** and his/her co-conspirators have

demonstrated their intention to thwart law enforcement's efforts to detect the distribution of controlled substances through the use of the USPS. There is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the sender and/or recipient would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. Agents believe a delay of 90 days, until August 16, 2023, is foreseeably necessary based on the nature of this investigation. The period of delay may thereafter be extended by the court for good cause shown.

21. Supervisory Assistant United States Attorney Elaine Ramirez reviewed and approved this affidavit.

Respectfully submitted,

*Corina Castro*
Corina Castro
U.S. Postal Inspector

Telephonically sworn and electronically submitted on this   19th   day of May 2023.

*Kirtan Khalsa*
HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

7

## ATTACHMENT A

1.     The **SUBJECT PARCEL** is further described as follows: One USPS Priority Mail parcel bearing USPS tracking number 9505 5132 9728 3136 6650 11, addressed to "A. Lewis, 2262 Ben Ln., Santa Fe, NM 87507" with a return address of "Jaime Stahs, 3519 W. Wilton St., Long Beach, CA 90809." The **SUBJECT PARCEL** is a USPS Priority Mail flat rate box, measuring approximately 13.6875 inches by 12 inches by 2.875 inches, weighing approximately 3 pounds and 7 ounces, postmarked May 16, 2023, and bearing $15.80 in postage.



## ATTACHMENT B

Evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846, including controlled substances, documents, and currency related to the distribution of controlled substances from the parcel described in Attachment A.