# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One USPS Priority Mail Express parcel bearing<br>USPS tracking number 9505 5132 9728 3136 6650 11 | ) ) ) Case No. **23mr1040**<br>) )<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before   May 23, 2023  *KK*  ~~June 1, 2023~~   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Kirtan Khalsa  .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of   August 16, 2023  .

Date and time issued:   May 19, 2023  8:25 a.m.   
*Kirtan Khalsa*
*Judge's signature*

City and state:   Albuquerque, NM   
Kirtan Khalsa U.S. Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
| |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

1. The **SUBJECT PARCEL** is further described as follows: One USPS Priority Mail parcel bearing USPS tracking number 9505 5132 9728 3136 6650 11, addressed to "A. Lewis, 2262 Ben Ln., Santa Fe, NM 87507" with a return address of "Jaime Stahs, 3519 W. Wilton St., Long Beach, CA 90809." The **SUBJECT PARCEL** is a USPS Priority Mail flat rate box, measuring approximately 13.6875 inches by 12 inches by 2.875 inches, weighing approximately 3 pounds and 7 ounces, postmarked May 16, 2023, and bearing $15.80 in postage.



## ATTACHMENT B

Evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846, including controlled substances, documents, and currency related to the distribution of controlled substances from the parcel described in Attachment A.